Decided December 20, 2000

NEW MILFORD SAVINGS BANK *v.* JOHN D. MULVILLE, JR., ET AL.

The petition for certification by the defendants, John D. Mulville, Jr., and Anne B. Mulville, for appeal from the Appellate Court, 60 Conn. App. 901 (AC 19964/AC 19966), is granted, limited to the following issue:

"Did the Appellate Court properly affirm the judgment of the trial court affirming the foreclosure sale?"

SULLIVAN, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16445.

*Steven H. Levy, Jeanine M. Dumont* and *Richard F. Wareing,* in support of the petition.

*Denise M. Cloutier, William C. Franklin* and *Joseph P. Secola,* in opposition.

Decided December 20, 2000

